**Exhibit B**

Disclosure Statement Order

[TO COME]