# UNITED STATES BANKRUPTCY COURT

## FOR THE DISTRICT OF Southern Indiana

# Minute Entry/Order

### *Hearing Information:*

| | |
|---|---|
| **Debtor:** | Lauth Investment Properties, LLC |
| **Case Number:** | 09-06065-BHL-11    **Chapter:** 11 |
| **Date / Time / Room:** | TUESDAY, APRIL 06, 2010 09:00 AM   NA 103 |
| **Bankruptcy Judge:** | BASIL H. LORCH |
| **Courtroom Clerk:** | RHONDA ANDIS |
| **Reporter / ECR:** | NOT RECORDED |

### *Matters:*

1) Continued Hearing on Chapter 11 Trustee Appointment Motion and Supplement filed by LIP Holdings, LLC. and all Objections/Responses/Replies filed thereto
   **R / M #:**   0 / 0

2) Continued Hearing on Motion for Dismissal Debtors' Chapter 11 Cases, or as an alternative and interim relief, to appoint a Chapter 11 Trustee and all Objections/Responses/Replies filed thereto
   **R / M #:**   0 / 0

3) Hearing on "Bank of America 9019 Motion [883, 886]
   **R / M #:**   0 / 0

4) Hearing on "Exclusivity Extension" Motion [957]
   **R / M #:**   0 / 0

5) Hearing on " Financing Commitment Motion" [958]
   **R / M #:**   0 / 0

6) Hearing on "Virginia Beach/Bon Secour Stipulation" [960]
   **R / M #:**   0 / 0

### *Appearances:*

Appeared in chambers on 4/6/10:

ROSS M. KWASTENIET ATTORNEY FOR DEBTOR
CATHERINE L. STEEGE, ATTORNEY FOR LIP HOLDINGS, LLC
JAMES M. CARR, ATTORNEY FOR GREGORY G. GURNIK, LIP LENDERS, LLC, LAWRENCE B. PALMER, MICHAEL S. CURLESS, ROBERT L. LAUTH, JR.

### *Proceedings:*

Disposition: Record not made.
Issues 1 & 2: Counsel continue to devise order as per discussion held on 4/5/10, Counsel met in chambers and reported status of order
Issues 3-6 set at 4:00 p.m.: Matters vacated

**IF COUNSEL HAS BEEN DIRECTED BY THE COURT TO SUBMIT AN ORDER BASED ON THE COURT'S RULING OR THE PARTIES' AGREEMENT, THEN NO FURTHER NOTICE OR REMINDER WILL BE ISSUED. THE COURT WILL NOT KEEP A CASE OPEN SOLELY BECAUSE THE ORDER WAS NOT SUBMITTED WITHIN THE TIME PERIOD DIRECTED BY THE COURT. IN SUCH INSTANCE, A REOPENING FEE WILL APPLY.**