SO ORDERED: April 14, 2010.



**Basil H. Lorch III**
**United States Bankruptcy Judge**

# UNITED STATES BANKRUPTCY COURT
## SOUTHERN DISTRICT OF INDIANA
## INDIANAPOLIS DIVISION

| | | |
|---|---|---|
| In re: | ) | Chapter 11 |
| | ) | |
| LAUTH INVESTMENT PROPERTIES, LLC., *et al.*,[1] | ) ) | Case No. 09-06065-BHL-11 |
| | ) | Jointly Administered |
| Debtors. | ) | |

### APPOINTMENT OF SPECIAL MEDIATOR

This matter came before the Court upon the Agreed Order (A) Resolving LIP Holdings' Motion To Direct Appointment Of A Chapter 11 Trustee; (B) Providing For The Appointment Of A Special Mediator; And (C) Approving Stipulation [Doc. No. 1009] (the "Agreed Order"). Pursuant to paragraph 1. at pages 2-3 of the Agreed Order (titled "Appointment of Special Mediator") the Court hereby appoints Robert M. Fishman, a member of the firm of Shaw Gussis Fishman Glantz Wolfson & Towbin LLC, resident in Chicago, Illinois, as the Special Mediator.

###

---

[1] The Debtors include: Lauth Investment Properties, LLC (09-06065) ("LIP"); LIP Development, LLC (09-06066) ("LIP-D"); and LIP Investment, LLC (09-06067) ("LIP-I").

BDDB01 6113815v1