**SO ORDERED: June 01, 2010.**



_____
**Basil H. Lorch III
United States Bankruptcy Judge**

 

**UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF INDIANA
INDIANAPOLIS DIVISION**

| | |
|---|---|
| In re: | ) |
| | ) |
| LAUTH INVESTMENT PROPERTIES, LLC, <u>et al.</u>,[1] | ) Case No. 09-06065-BHL-11 |
| | ) |
| | ) (Jointly Administered) |
| Debtors. | ) |
| | ) |

**SCHEDULING ORDER RELATING TO DOCKET NUMBERS
863, 871, 872, 1009, 1060, AND 1076**

This cause comes before the Court on the "LIP Holdings, LLC's Motion For Relief From The Automatic Stay" (CM/ECF Docket No. 1060) (the "Holdings Stay Motion") filed on April 26, 2010 by LIP Holdings, LLC ("Holdings") and the "Wells Fargo Bank, National

---

[1] The Debtors include: Lauth Investment Properties, LLC (09-06065); LIP Development, LLC (09-06066); LIP Investment, LLC (09-06067); Brier Creek Medical Associates Two, LLC (09-12760); Brier Creek Medical Associates, LLC (09-12761); Brier Creek Medical Partners Two, LLC (09-12762); Brier Creek Medical Partners, LLC (09-12763); Brownsburg Station Partners, LLC (09-12764); MCP Partners Three, LLC (09-12765); Meridian Medical Associates Two, LLC (09-12766); Meridian Medical Partners Two, LLC (09-12767); Middleburg Heights Medical Associates, LLC (09-12768); Middleburg Heights Medical Partners, LLC (09-12769); Moores Chapel Partners, LLC (09-12656); Virginia Beach Medical Associates, LLC (09-12770); Virginia Beach Medical Partners, LLC (09-12771); North Pointe Partners One, LLC (10-06921); and North Pointe Park Partners, LLC (10-06923).

Association's Motion For Relief From The Stay And Alternatively To Dismiss Certain Of The Consolidated Cases" (CM/ECF Docket No. 1076) (the "Wells Fargo Stay Motion") filed on May 11, 2010 by Wells Fargo Bank, National Association ("Wells Fargo") and the refusal of Holdings and Wells Fargo to waive the time and hearing requirements of 11 U.S.C. §§ 362(d) and (e) with regard to their respective motions for relief from stay.

The Court, having conducted a telephonic status conference on the Holdings Stay Motion and the Wells Fargo Stay Motion, having heard the statements of counsel at such hearing as well as the statements of Special Mediator Robert Fishman (the "Special Mediator"), finds that cause exists to establish certain deadlines and hearings with respect to the Holdings Stay Motion, the Wells Fargo Stay Motion, and the following motions relating to the reorganization of certain project-level debtors:  (a) "Motion Of Wells Fargo And Wachovia Borrowers For Entry Of An Order Approving Loan Modification Term Sheet Between (A) Wells Fargo And Wachovia Borrowers And (B) Wells Fargo Bank, National Association And Wachovia Bank, National Association" (CM/ECF Docket No. 863) filed on February 19, 2010; (b) "Disclosure Statement For Wells Fargo And Wachovia Borrowers' Joint Plan Of Reorganization Pursuant To Chapter 11 Of The Bankruptcy Code" (CM/ECF Docket No. 871) filed on February 22, 2010; and (c) "Wells Fargo And Wachovia Borrowers' Joint Plan Of Reorganization Pursuant To Chapter 11 Of The Bankruptcy Code" (CM/ECF Docket No. 872) filed on February 22, 2010 ((a)-(c), collectively, the "Wells/Wachovia Plan Filings").

IT IS THEREFORE CONSIDERED AND ORDERED as follows:

A.     Based upon the consent of Holdings and Wells Fargo, the automatic stay will not lift under 11 U.S.C. §§ 362(e) at any time prior to the August 2, 2010 hearing scheduled for the Holdings and Wells Fargo Stay Motions and the August 2nd hearing, which shall be a combined

final and preliminary hearing, will be deemed to have occurred on a timely basis in accordance with Section 362(e);

B. The Court will conduct a final hearing on the Holdings Stay Motion and the Wells Fargo Stay Motion and any objections thereto on August 2, 2010 in Room 310, Birch Bayh Federal Building and U.S. Courthouse, 46 East Ohio Street, Indianapolis, Indiana;

C. The hearings on the Wells/Wachovia Plan Filings and any objections thereto currently scheduled for June 21-23, 2010 pursuant to the "Agreed Order (A) Resolving LIP Holdings' Motion To Direct Appointment Of A Chapter 11 Trustee; (B) Providing For The Appointment Of A Special Mediator; And (C) Approving Stipulation" (CM/ECF Docket No. 1009) hereby are and shall be continued to August 2, 2010 in Room 310, Birch Bayh Federal Building and U.S. Courthouse, 46 East Ohio Street, Indianapolis, Indiana;

D. Expert witness lists for any matter scheduled for hearing on August 2, 2010 are due on July 19, 2010;

E. The deadline for Holdings and the Special Mediator to object to the Wells/Wachovia Plan Filings is due on July 19, 2010;

F. The objection deadline for the Wells Fargo Stay Motion is on July 19, 2010;

G. The previously-set deadline for objections to the Holdings Stay Motion continues to apply; provided, however, that the Debtors, Wells Fargo and Regions Bank may supplement their previously-filed Objections on or before July 19, 2010;

H. Witness and exhibit lists as to the Holdings Stay Motion, the Wells Fargo Stay Motion, and the Wells/Wachovia Plan Filings are due on July 23, 2010;

I. The Deadline for Wells Fargo to vote on the Wells Fargo And Wachovia Borrowers' Joint Plan Of Reorganization Pursuant To Chapter 11 Of The Bankruptcy Code is extended to July 28, 2010;

J. The Court will conduct a telephonic status conference on July 23, 2010 at 10:00 a.m. EDT to discuss the status of, and August 2, 2010 hearing schedule(s) for, the Holdings Stay Motion, the Wells Fargo Stay Motion, and the Wells/Wachovia Plan Filings.

# # #