UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF INDIANA
INDIANAPOLIS DIVISION

| | | |
|---|---|---|
| In re: | ) | Chapter 11 |
| | ) | |
| LAUTH INVESTMENT PROPERTIES, | ) | Case No. 09-06065-BHL-11 |
| LLC, et al.,[1] | ) | |
| | ) | |
| Debtors. | ) | (Jointly Administered) |
| | ) | |

MOTION TO CONTINUE JUNE 21, 2010 OMNIBUS
HEARING DATE TO JULY 1, 2010 AND RESCHEDULING
ALL MATTERS SCHEDULED FOR JUNE 21, 2010 TO JULY 1, 2010

Lauth Investment Properties, LLC, et al., as debtors and debtors-in-possession

(collectively, the "Debtors"), by counsel, hereby request that the Court continue the June 21,

2010 omnibus hearing date scheduled in these jointly administered cases until June 21, 2010 and

reschedule all matters currently scheduled to be heard on June 21, 2010 to be heard on July 1,

2010.  In support of their motion, the Debtors state as follows:

1.     Pursuant to the "Order Granting Motion To Continue June 3, 2010 Omnibus

Hearing Date To June 21, 2010 And Rescheduling All Matters Scheduled For June 3, 2010 For

June 21, 2010," entered on June 2, 2010 (Docket No. 1121) (the "Order"), the Court scheduled

an omnibus hearing date in these cases on June 21, 2010 at 10:00 a.m. EDT in Room 103 of the

Federal Building and New Albany, Indiana.

2.     Currently, seven matters are scheduled for hearing on June 21, 2010:  (a) the

---

1     The Debtors include:  Lauth Investment Properties, LLC (09-06065); LIP Development, LLC (09-06066); LIP Investment, LLC (09-06067); Brier Creek Medical Associates Two, LLC (09-12760); Brier Creek Medical Associates, LLC (09-12761); Brier Creek Medical Partners Two, LLC (09-12762); Brier Creek Medical Partners, LLC (09-12763); Brownsburg Station Partners, LLC (09-12764); MCP Partners Three, LLC (09-12765); Meridian Medical Associates Two, LLC (09-12766); Meridian Medical Partners Two, LLC (09-12767); Middleburg Heights Medical Associates, LLC (09-12768); Middleburg Heights Medical Partners, LLC (09-12769); Moores Chapel Partners, LLC (09-12656); Virginia Beach Medical Associates, LLC (09-12770); Virginia Beach Medical Partners, LLC (09-12771); North Pointe Partners One, LLC (10-06921); and North Pointe Park Partners, LLC (10-06923).

continued hearing on the "Debtors' Motion For Entry Of An Order Authorizing The Debtors To Perform Under Asset Management" (CM/ECF Docket No. 1149); (b) the final hearing on the "Motion Of The Debtors For Entry Of Interim And Final Orders Determining Adequate Assurance Of Payment for Future Utility Services" (Case No. 10-06921-BHL-11 - CM/ECF Docket No. 3) filed by North Pointe Partners One, LLC; (c) the final hearing on "Motion Of The Debtors For Entry Of Interim And Final Orders Determining Adequate Assurance Of Payment for Future Utility Services" (Case No. 10-06923-BHL-11 - CM/ECF Docket No. 3) filed by North Pointe Park Partners LLC; (d) the final hearing on the "Second DIP Credit And Security Agreement Related To Motion Of The Debtors For Entry Of An Order Authorizing The Debtors To Obtain Increased Postpetition Financing Commitment" (CM/ECF Docket No. 1117) (the "DIP Credit Motion"); (e) the continued hearing on the "Second Interim Application For Compensation And/Or Reimbursement Of Expenses Pursuant To Sec. 330 For AlixPartners, LLP As Other Professionals" (CM/ECF Docket No. 1113) filed by AlixPartners, LLP; (f) the continued hearing on the "Stipulation Further Extending The Time To Assume Or Reject Unexpired Lease Of Nonresidential Real Property Pursuant To Section 365" (CM/ECF Docket No. 1157) filed by the Debtors; and (g) the continued hearing on the "Motion To Settle Under Fed.R.Bankr.P. 9019 Regarding  Debtors' Motion For Entry Of An Order Approving Settlement Between (A) Non-Debtor Subsidiary Mechanicsburg Medical Partners, LP, (B) The Huntington National Bank and (C) Pinnacle Health Hospital"  (CM/ECF Docket No. 1150) filed by the Debtors (all, collectively the "June 21 Matters").

3.      The Debtors respectfully request that the Court continue the June 21, 2010 omnibus hearing and continue the same to July 1, 2010 in order to conserve the resources of the Court and the parties-in-interest in these jointly administered cases.

4.      The Debtors further respectfully request that the Court reschedule the hearings on the June 21 Matters for July 1, 2010 at 9:00 a.m. EDT in Room 103 Federal Building, New Albany, and that the deadline by which all objections on the DIP Credit Motion must be filed be extended to June 25 at 4 p.m. EDT.

5.      The Debtors also ask that July 1, 2010 be deemed an omnibus hearing date as such is describe in the case management procedures currently in effect in these jointly administered cases.

[*REMAINDER OF PAGE LEFT BLANK INTENTIONALLY*]

WHEREFORE, the Debtors respectfully request that the Court enter an Order: (1) continuing the June 21, 2010 omnibus hearing date and rescheduling the same for **July 1, 2010 at 9:00 a.m. EDT in Room 103 Federal Building, New Albany**; (2) rescheduling the June 21 Matters to be heard on **July 1, 2010 at 9:00 a.m. EDT in Room 103 Federal Building, New Albany**; (3) deeming the July 1, 2010 hearing an omnibus hearing; (4) and extending the deadline by which all objections on the DIP Credit Motion must be filed to **June 25, 2010 at 4 p.m. EDT**; and (5) granting the Debtors such other and further relief as the Court deems proper.

Dated: June 18, 2010
Indianapolis, Indiana

**TAFT STETTINIUS & HOLLISTER LLP**

/s/ Jeffrey J. Graham
Jerald I. Ancel
Jeffrey J. Graham
One Indiana Square, Suite 3500
Indianapolis, Indiana 46204
Telephone: (317) 713-3500
Facsimile: (317) 713-3699

- and -

**KIRKLAND & ELLIS LLP**
Reed S. Oslan, P.C.
James A. Stempel (admitted *pro hac vice*)
Steven C. Hackney (admitted *pro hac vice*)
Ross M. Kwasteniet (admitted *pro hac vice*)
Arun K. Kurichety (admitted *pro hac vice*)
300 North LaSalle Street
Chicago, Illinois 60654
Telephone: (312) 862-2000
Facsimile: (312) 862-2200

Co-Counsel for the Debtors and Debtors in Possession and
Proposed Co-Counsel for the North Pointe Debtors

<u>**CERTIFICATE OF SERVICE**</u>

The undersigned hereby certifies that a true and correct copy of the above and foregoing document was served upon the attached Service List via the United States Bankruptcy Court's electronic transmission service, via e-mail transmitted by Debtors' counsel, or via first class, postage-paid U.S. mail this 18th day of June 2010.

/s/ Jeffrey J. Graham
Jeffrey J. Graham

**1254542**

5

**Lauth Investment Properties, LLC, et al.**
**Case No. 09-06065-BHL-11**
**Service List**
**Updated: 06/17/2010**

### U.S. Bankruptcy Court Electronic Service

| | | |
|---|---|---|
| Alwin, Janice A. | Creditor, Bank of America, N.A. | janice.alwin@bfkn.com |
| Ancel, Jerald I. | Debtors | jancel@taftlaw.com |
| | | ecfclerk@taftlaw.com |
| | | krussell@taftlaw.com |
| | | docket@taftlaw.com |
| Barrett, William J. | Creditor, Bank of America, N.A. | william.barrett@bfkn.com |
| Burke, Jason R. | Creditor, M&I Marshall & Ilsley Bank | jburke@hopperblackwell.com |
| | f/k/a First Indiana Bank, N.A. | kellis@hopperblackwell.com |
| Carr, James M. | Creditors, LIP Lenders, LLC, Robert L. Lauth, | james.carr@bakerd.com |
| | Jr., Lawrence B. Palmer, Michael S. Curless | sarah.laughlin@bakerd.com |
| | and Gregory C. Gurnik | |
| Caruso, Deborah | Creditor, First Financial Bank | dcaruso@daleeke.com |
| | | lharves@daleeke.com |
| | | mthomas@daleeke.com |
| Caughey, Ben T. | Creditor, Robin S. Lauth and Julie Gurnik | ben.caughey@icemiller.com |
| Chilcote, Courtney E. | Defendant, Inland American (LIP) Sub, LLC | cec@hostetler-kowalik.com |
| | | sdw@hostetler-kowalik.com |
| Cody, Mark A. | Creditor, Charter One Bank | macody@jonesday.com |
| Cohen, Howard Russell | Creditor, The Huntington National Bank | hcohen@fbtlaw.com |
| | Creditor, The Huntington Real Estate | dacree@fbtlaw.com |
| | Investment Company | |
| Correa, Michaeline | Creditor, Charter One Bank | mcorrea@jonesday.com |
| deLa Cruz, Sheila | Creditors, Bon Secours Hampton Roads Health | sdelacruz@hf-law.com |
| | System, Inc., Bon Secours DePaul Medical | mfalzone@hf-law.com |
| | Center, Inc. and Bon Secours Surgery Center | jbsmith@hf-law.com |
| | LLC | |
| Donhauser, Linda Vojik | Creditor, Bank of America, N.A. | ldonhauser@milesstockbridge.com |
| Drobny, Stephen Paul | Creditor, Sun Trust Bank | sdrobny@shutts.com |
| | | mvandenbosch@shutts.com |
| Drummond, Mark Alan | U.S. Trustee | mad@hostetler-kowalik.com |
| | | sdw@hostetler-kowalik.com |
| | | hkecfbackup@yahoo.com |
| Dunn, Jeremy M. | Creditor, LIP Holdings, LLC | jmd@hostetler-kowalik.com |
| | | sdw@hostetler-kowalik.com |
| Falk, Andrew Rudolph | Creditor, Wells Fargo Bank, N.A. | arf@kgrlaw.com |
| | | pad@kgrlaw.com |
| Gouveia, Gordon Elliot | Mediator Robert Fishman | ggouveia@shawgussis.com |
| | | rfishman@shawgussis.com |
| Graham, Jeffrey J. | Debtors | jgraham@taftlaw.com |
| | | ecfclerk@taftlaw.com |
| | | krussell@taftlaw.com |
| | | docket@taftlaw.com |
| | | aolave@taftlaw.com |
| | | lraynor@taftlaw.com |
| Hinds, Melissa M. | Creditor, LIP Holdings, LLC | mhinds@jenner.com |
| | | cchilders@jenner.com |
| Hokanson, Jeffrey A. | Creditor, LIP Holdings, LLC | jeff.hokanson@hostetler-kowalik.com |
| | | jlw@hostetler-kowalik.com |
| Hopper, George W. | Creditor, M&I Marshall & Ilsley Bank | ghopper@hopperblackwell.com |
| | f/k/a First Indiana Bank, N.A. | mroth@hopperblackwell.com |

| | | |
|---|---|---|
| Hurley, Ryan M. | Creditors, LIP Lenders, LLC, Robert L. Lauth, Jr., Lawrence B. Palmer, Michael S. Curless and Gregory C. Gurnik | ryan.hurley@bakerd.com |
| Irving, James R. | Creditor Inland American Charlotte Lender, L.L.C. | jim.irving@dlapiper.com |
| Jacobson, Christine K. | Creditor, Charter One Bank | cjacobson@katzkorin.com |
| | | dyoung@katzkorin.com |
| Jewell, John J. | Creditor Duke Energy Indiana, Inc. | jewell@evv-law.net |
| | | colleen@trimble-jewell.net |
| Kenney, Brian Francis | Creditor, Bank of America, N.A. | bkenney@milesstockbridge.com |
| King, Daniel Patrick. | Creditor, The Huntington National Bank | dking@fbtlaw.com |
| | | sgregoire@fbtlaw.com |
| Kleiman, David H. | Creditor, UCM/TCA – Distribution Center, LLC and UCM/TCA – Land, LLC | dkleiman@beneschlaw.com |
| | | jsnell@beneschlaw.com |
| | | ccanny@beneschlaw.com |
| | | ecf@beneschlaw.com |
| | | docket@beneschlaw.com |
| Knauer, James A. | Creditor, Wells Fargo Bank, N.A. | jak@kgrlaw.com |
| | | hns@kgrlaw.com |
| Knoblock, Erick P. | Creditor, First Financial Bank | eknoblock@daleeke.com |
| Koppel, Steven C. | Creditor, Charter One Bank | skoppel@jonesday.com |
| Kuney, David R. | Creditor, Wells Fargo Bank, N.A. | dkuney@sidley.com |
| Levitt, Peter H. | Creditor, Sun Trust Bank | plevitt@shutts.com |
| Mappes, Harmony A. | Creditors, LIP Lenders, LLC, Robert L. Lauth, Jr., Lawrence B. Palmer, Michael S. Curless and Gregory C. Gurnik | harmony.mappes@bakerd.com |
| Matthews, James Michael | Creditor, Irwin Union Bank and Trust | jmatthews@fbtlaw.com |
| | | dacree@fbtlaw.com |
| McCrory, Michael K. | Creditor, Geneva Capital Group and Creditor, Geneva Capital Corporation | mmccrory@btlaw.com |
| | | bankruptcyindy@btlaw.com |
| Mills, Alan K. | Creditor, Salen Bank and Trust Company | alan.mills@btlaw.com |
| | | bragle@btlaw.com |
| | | bankruptcyindy@btlaw.com |
| Moloy, James P. | Creditor, Regions Bank | jmoloy@boselaw.com |
| | | dlingenfelter@boselaw.com |
| Neal, Guy S. | Creditor, Wells Fargo Bank, N.A. | gneal@sidley.com |
| Ponader, Wendy W. | Creditor, LIP Lenders, LLC, Robert L. Lauth, Jr., Lawrence B. Palmer, Michael S. Curless, and Gregory C. Gurnik | wendy.ponader@bakerd.com |
| Smila, Mark S. | Creditor Piedmont Piping Mechanical Contracting, Inc. | msamila@kddk.com |
| Stanley, Robert K. | Creditors, LIP Lenders, LLC, Robert L. Lauth, Jr., Lawrence B. Palmer, Michael S. Curless and Gregory C. Gurnik | robert.stanley@bakerd.com |
| Steege, Catherine L. | Creditor, LIP Holdings, LLC | csteege@jenner.com |
| | | mhinds@jenner.com |
| | | thooker@jenner.com |
| U.S. Trustee | | ustpregion10.in.ecf@usdoj.gov |
| Wharton, Charles R. | U.S. Trustee | Charles.R.Wharton@usdoj.gov |
| Yeager, Joseph H. | Creditors, LIP Lenders, LLC, Robert L. Lauth, Jr., Lawrence B. Palmer, Michael S. Curless and Gregory C. Gurnik | joseph.yeager@bakerdaniels.com |
| | | jan.davis@bakerd.com |

### Debtor's Attorney's Electronic Mail Service

| | | |
|---|---|---|
| Carpet Concepts, Inc. Attn: Ruth Ann Rheinfrank | Creditor | RRheinfrank@carpetconcepts.net |
| CT Corporation Attn: Tammie Bennett | Creditor | Tammie.Bennett@wolterskluwer.com |
| Duke Energy Carolinas & Midwest Attn: Yvonne C. Crenshaw | Creditor | Yvonne.Crenshaw@duke-energy.com |
| Falzone, Michael P. | Creditor Bon Secours Hampton Roads Health System, Inc., Bon Secours Surgery Center LLC & Bon Secours DePaul Medical Center, Inc. | mfalzone@hf-law.com |
| Garthwaite, Leslie S. | Debtors | leslie.garthwaite@kirkland.com |
| Glantz, Robert W. | Mediator, Robert M. Fishman | rglantz@shawgussis.com |
| Gouveia, Gordon E. | Mediator, Robert M. Fishman | ggouveia@shawgussis.com |
| Hackney, Stephen C. | Debtors | stephen.hackney@kirkland.com |
| Harrington, Lee | Creditor, ST CDE IV LLC | lharrington@nixonpeabody.com |
| Horn, Alexander S. B. | Creditor, ST CDE IV LLC | ahorn@nixonpeabody.com |
| James River Grounds Mgmt. Attn: D. Johnson | Creditor | djohnson@jrgm.com |
| Johnson III, Russell R. | Creditors, Duke Energy Indiana, Inc., Duke Energy Carolinas, LLC and Carolina Power & Light Company d/b/a Progress Energy Carolinas | russj4478@aol.com |
| Kelly, Gerard D. | Creditor, Wells Fargo Bank, N.A. | gkelly@sidley.com |
| Koorsen Fire & Security, Inc. | Creditor | jkfromme99@koorsen.com |
| Koorsen Fire & Security, Inc. Attn: Kyle Rich | Creditor | ktrich99@koorsen.com |
| Koroglu, Harris J. | Creditor SunTrust Bank | hkoroglu@shutts.com |
| Kurichety, Arun | Debtors | arun.kurichety@kirkland.com |
| Kwasteniet, Ross M. | Debtors | ross.kwasteniet@kirkland.com |
| Levitt, Peter H. | Creditor, SunTrust Bank | plevitt@shutts.com |
| Mainscape, Inc. Attn: Jason Lee | Creditor | jlee@lewiswagner.com |
| Mainscape, Inc. Attn: Richard Blaiklock | Creditor | rblaiklock@lewiswagner.com |
| Major Clean, Inc. | Creditor | tempmajorclean@bellsouth.net |
| Marcus, Micah E. | Debtors | micah.marcus@kirkland.com |
| Masters Architectural Graphics, Inc. dba ASI-Modulex Attn: Cathy Fair | Creditor | cathy.fair@asisignage.com |
| Milione, Victor G. | Creditor, ST CDE IV LLC | vmilione@nixonpeabody.com |
| Nirider, Matthew E. | Debtors | matt.nirider@kirkland.com |
| Organek, Robin H. | Creditor, SunTrust Bank | norganek@shutts.com |
| Piedmont Door Automation LLC Attn: Barbara Grant | Creditor | bgrant@automaticdoorscarolina.com |
| Pelz, Joel L. | Creditor, LIP Holdings, LLC | jpelz@jenner.com |
| RAM Pavement Services, Inc. Attn: Alice | Creditor | alice@rampavement.com |
| Reyes, Eliza Marie | Creditor, LIP Holdings, LLC | ereyes@vonbriesen.com |
| Robin S. Lauth and Julie Gurnik c/o Richard A. Smikle | Parties-in-interest | Richard.smikle@icemiller.com |
| Robin S. Lauth and Julie Gurnik c/o Tabitha Truax-Haynes | Parties-in-interest | tabitha.truax-haynes@icemiller.com |
| SiteStuff, Inc. | Creditor | kristina.seek@sitestuff.com |
| Stempel, James A. | Debtors | james.stempel@kirkland.com |
| Stroebel, Christopher J.K. | Creditor, LIP Holdings, LLC | cstroebel@vonbriesen.com |
| The Brickman Group, Ltd. Attn: Sarah Keller | Creditor | Sarah.Keller@brickmangroup.com |
| Becker, Samuel H. | Creditors UCM/TCA – Distribution Center, LLC and UCM/TCA – Land, LLC | Becker@BlankRome.com |

| | | |
|---|---|---|
| UCM/TCA-Distribution Center Loan c/o Trinity Capital Advisors, LLC, Attn: C. Walker Collier | Creditor | cwc@trinitycapitaladvisors.com |
| Virginia Lake Management Attn: Ellen Stace | Creditor | estace@vlmc.net |

**Debtor's Attorney's U.S. Mail Service**

Allen & Hoshall
Attn: J.C. Nelson
713 S Pear Orchard Rd
Ridgeland, MS 39157

American National Skyline of Indiana
660 Pond Drive
Wooddale IL 60191

Angus Systems Group Inc.
2050 Marconi Drive, Suite 125
Alpharetta, GA 30005

Architectural Glass & Metal Co.
63334 East 32nd Court
Indianapolis, IN 46226

AT&T Atlanta GA
PO Box 105262
Atlanta, GA 30348

Baker Barrios Architects, Inc.
Attn: Dawn Sing
189 S. Orange Ave. Suite 1700
Orlando, FL 32801

Bay Disposal, Inc.
465 E. Indiana River Road
Norfolk, VA 23523

Carmel Utilities
PO Box 109
Carmel, IN 46082-0109

CB Richard Ellis Inc.
Location Code #2147
6000 Feldwood Road, Lockbox #406588
College Park, GA 30349-3652

CBRE Technical Services LLC
Dept. 8074
Los Angeles, CA 90084-8074

Central Security Systems, Inc.
Central Systems & Communications
6831 E. 32nd St., Suite 100
Indianapolis, IN 46226

Chardon Laboratories, Inc.
Accounts Receivable Dept-1A
PO Box 1004
Columbus, OH 43216-1004

Chesapeake Controls, Inc.
3900 Holland Boulevard
Chesapeake, VA 23323

Cintas Corporation No 2
7258 Georgetown Rd
Indianapolis, IN 46268

City of Charlotte
Billing Center
600 East 4th Street
Charlotte, NC 28250-0001

City of Virginia Beach
2401 Courthouse Dr.
Virginia Beach, VA 23456

Cox Communications
PO Box 183124
Columbus, OH 43218-3124

Crittenden Services Inc.
Commercial Power Sweeping
PO Box 6005
Suffolk, VA 23433

CRS Building Automation Sys Inc.
801 South Cedar Street
Charlotte, NC 28208

Cypress Communications Inc.
PO Box 536796
Atlanta, GA 30353-6796

Dodson Bros. Exterminating Co Inc.
PO Box 10292
Norfolk, VA 23513

Duncan Supply Co., Inc.
PO Box 441280
Indianapolis, IN 46244

Ernst & Young
111 Monument Circle Suite 2600
Indianapolis, IN 46204

Fikes Fresh Brands, Inc.
10080 E. 121st Street, #118
Fishers, IN 46037

GSF Safeway, LLC
c/o GSF USA Inc.
107 S. Pennsylvania St, Suite 300
Indianapolis, IN 46204

Guardian Property Services Inc.
Sweeping Contractors
c/o John Stuttle
12398 River Valley Dr
Fishers, IN 46037

Key West Lock & Safe
4291 Holland Road, Suite 113
Virginia Beach, VA 23452

Message Technologies, Inc.
PO Box 518
Smyrna, GA 30081-0518

Morehead Place LLC
PO Box 933764
Atlanta, GA 31193-3764

Nishida Services, Inc.
7340 Crossing Place, #100
Fishers, IN 46038

North American Lawn & Landscaping
4200 Performance Road
Charlotte, NC 28214

Pitney Bowes Credit Corporation
PO Box 856460
Louisville, KY 40285-6460

Quality Roofing Services Inc
7920 Georgetown Road, Suite 400
Indianapolis, IN 46268

SHA Homes LLC
2508 Reliance Avenue
Apex, NC 27539

Soiltech Consultants
PO Box 12466
Jackson, MS 39236

The Budd Group Inc.
PO Box 890856
Charlotte, NC 28289-0856

Verizon Wireless - PA
PO Box 28000
Lehigh Valley, PA 18002-8000

Diversified Realty Services
786 Dragoon Drive
Mount Pleasant, SC  49464

Peninsula Cleaning Service, Inc.
12610 Patrick Henry Drive, Suite A
Newport News, VA 23602

Plymate Inc.
819 Elston Drive
Shelbyville, IN 46176

Ray's Trash Service Inc.
Drawer I
Clayton, IN 46118

Shumate Mechanical-Raleigh Inc.
5201 Old Poole Road, Suite 110
Raleigh, NC 27610

Sonitrol of Greater Richmond, Inc.
PO Box 5728
Glen Allen, VA 23058-5728

The Plant Factory Interiors, Inc.
PO Box 2686
Virginia Beach, VA 23450-2686

Waste Industries LLC
PO Box 580495
Charlotte, NC 28258-0495

Nexsen Pruet, LLC
PO Box 486
Charleston, SC  49402

Pinnacle Fire Systems Inc.
1013 Classic Rd
Apex, NC 27539-4402

Pro-Cote Inc.
PO Box 1042
Carmel, IN 46082

SARCOM Inc.
Wareforce
PO Box 514487
Los Angeles, CA 90051-4487

Signius Investment Corporation
4010 W 86th St, Suite D
Indianapolis, IN 46268

Sprint Nextel –Correspondence
Attn: Bankruptcy Department
P.O. Box 7949
Overland Park, KS 66207-0949

Verizon - Dallas, TX
PO Box 660720
Dallas, TX 75266-0720

Southcoast Landscaping
114 Mill Pond Court
Summerville, SC  29485

1031345-1