**SO ORDERED: June 18, 2010.**



**Basil H. Lorch III**
**United States Bankruptcy Judge**

# UNITED STATES BANKRUPTCY COURT
## SOUTHERN DISTRICT OF INDIANA
## INDIANAPOLIS DIVISION

| | | |
|---|---|---|
| In re: | ) | Chapter 11 |
| | ) | |
| LAUTH INVESTMENT PROPERTIES, LLC, et al.,[1] | ) | Case No. 09-06065-BHL-11 |
| | ) | |
| Debtors. | ) | (Jointly Administered) |
| | ) | |

**ORDER GRANTING MOTION TO CONTINUE JUNE 21, 2010 OMNIBUS HEARING DATE TO JULY 1, 2010 AND RESCHEDULING ALL MATTERS SCHEDULED FOR JUNE 21, 2010 FOR JULY 1, 2010**

This cause comes before the Court on the "Motion To Continue June 21, 2010 Omnibus Hearing Date To July 1, 2010 And Rescheduling All Matters Scheduled For June 21, 2010 To July 1, 2010" (the "Motion") filed by Lauth Investment Properties, LLC, et al., as debtors and

---

[1] The Debtors include: Lauth Investment Properties, LLC (09-06065); LIP Development, LLC (09-06066); LIP Investment, LLC (09-06067); Brier Creek Medical Associates Two, LLC (09-12760); Brier Creek Medical Associates, LLC (09-12761); Brier Creek Medical Partners Two, LLC (09-12762); Brier Creek Medical Partners, LLC (09-12763); Brownsburg Station Partners, LLC (09-12764); MCP Partners Three, LLC (09-12765); Meridian Medical Associates Two, LLC (09-12766); Meridian Medical Partners Two, LLC (09-12767); Middleburg Heights Medical Associates, LLC (09-12768); Middleburg Heights Medical Partners, LLC (09-12769); Moores Chapel Partners, LLC (09-12656); Virginia Beach Medical Associates, LLC (09-12770); Virginia Beach Medical Partners, LLC (09-12771); North Pointe Partners One, LLC (10-06921); and North Pointe Park Partners, LLC (10-06923).

debtors-in-possession (collectively, the "Debtors").  In the Motion, the Debtors seek to continue the omnibus hearing set for June 21, 2010 at 10:00 a.m. EDT in Room 310 of the Birch Bayh Federal Building and U.S. Courthouse, 46 East Ohio Street, Indianapolis, Indiana on the Currently, seven matters are scheduled for hearing on June 21, 2010:  (a) the continued hearing on the "Debtors' Motion For Entry Of An Order Authorizing The Debtors To Perform Under Asset Management" (CM/ECF Docket No. 1149); (b) the final hearing on the "Motion Of The Debtors For Entry Of Interim And Final Orders Determining Adequate Assurance Of Payment for Future Utility Services" (Case No. 10-06921-BHL-11 - CM/ECF Docket No. 3) filed by North Pointe Partners One, LLC; (c) the final hearing on "Motion Of The Debtors For Entry Of Interim And Final Orders Determining Adequate Assurance Of Payment for Future Utility Services" (Case No. 10-06923-BHL-11 - CM/ECF Docket No. 3) filed by North Pointe Park Partners LLC; (d) the final hearing on the "Second DIP Credit And Security Agreement Related To Motion Of The Debtors For Entry Of An Order Authorizing The Debtors To Obtain Increased Postpetition Financing Commitment" (CM/ECF Docket No. 1117) (the "DIP Credit Motion"); (e) the continued hearing on the "Second Interim Application For Compensation And/Or Reimbursement Of Expenses Pursuant To Sec. 330 For AlixPartners, LLP As Other Professionals" (CM/ECF Docket No. 1113) filed by AlixPartners, LLP; (f) the continued hearing on the "Stipulation Further Extending The Time To Assume Or Reject Unexpired Lease Of Nonresidential Real Property Pursuant To Section 365" (CM/ECF Docket No. 1157) filed by the Debtors; and (g) the continued hearing on the "Motion To Settle Under Fed.R.Bankr.P. 9019 Regarding  Debtors' Motion For Entry Of An Order Approving Settlement Between (A) Non-Debtor Subsidiary Mechanicsburg Medical Partners, LP, (B) The Huntington National Bank and (C) Pinnacle Health Hospital"  (CM/ECF Docket No. 1150) filed by the Debtors (all, collectively the "June 21 Matters") due to the fact that the June 21 Matters consist of only seven matters, that the Court

2

scheduled a final hearing on one matter, the DIP Credit Motion to be heard on June 21, 2010 at 10:00 a.m. EDT in Room 103 Federal Building, New Albany, and to conserve the resources of the Court and the parties-in-interest in these jointly administered cases.

The Court, having considered the relief requested in the Motion and being duly advised of the premises, and in order to conserve the resources of the Court and the parties-in-interest in these jointly administered cases, finds that good cause exists for granting the relief requested.

**IT IS THEREFORE CONSIDERED AND ORDERED that the Court will conduct a hearing on the June 21 Matters and the DIP Credit Motion and any objections thereto on Thursday, July 1, 2010 at 9:00 a.m. EDT in Room 103 Federal Building, New Albany, Indiana.**

**IT IS THEREFORE FURTHER CONSIDERED AND ORDERED that deadline by which all objections on the DIP Credit Motion must be filed is hereby extended to June 25, 2010 at 4:00 p.m. EDT.**

IT IS THEREFORE FURTHER CONSIDERED AND ORDERED that any attorney wishing to appear telephonically at the July 1, 2010 hearing may do so, provided that such attorney does not plan on providing, eliciting or cross-examining testimony, by dialing 1-800-330-5498 and entering pass code 3177133570.

# # #