# UNITED STATES BANKRUPTCY COURT
## FOR THE DISTRICT OF Southern Indiana

# Minute Entry/Order

### Hearing Information:

| | |
|---|---|
| **Debtor:** | Lauth Investment Properties, LLC |
| **Case Number:** | 09-06065-BHL-11     **Chapter:** 11 |
| **Date / Time / Room:** | MONDAY, JUNE 21, 2010 10:00 AM   NA 103 |
| **Bankruptcy Judge:** | BASIL H. LORCH |
| **Courtroom Clerk:** | RHONDA ANDIS |
| **Reporter / ECR:** | NOT RECORDED |

### Matter:

1) Continued Hearing Re:  Disclolosure Statement for Wells Fargo and Wachovia Borrowers' Joint Plan of Reorganization Pursuant To Chapter 11 of the Bankruptcy Code (Brier Creek Medical Associates Two, LLC, Brier Creek Medical Associates, LLC, Brier Creek Medical Partners Two, LLC, Brier Creek Medical Partners, LLC, Brownsburg Station Partners, LLC, MCP Partners Three, LLC, Meridian Medical Associates Two, LLC, Meridian Medical Partners Two, LLC, Middleburg Heights Medical Associates LLC, Middleburg Heights Medical Partners, LLC, Moores Chapel Partners, LLC, Virginia Beach Medical Associates, LLC & Virginia Beach Medical Partners, LLC) filed by Jeffrey J. Graham on behalf of Debtor Lauth Investment Properties, LLC  [871]
   **R / M #:**     871 /  0
   **VACATED:   Matters continued to 8/02/2010**

2) Continued Hearing Re:  Motion for Authority (Motion of Wells Fargo and Wachovia Borrowers for Entry of an Order Approving Loan Modification Term Sheet Between (A) Wells Fargo and Wachovia Borrowers and (B) Wells Fargo Bank, National Association and Wachovia Bank, National Association) filed by Jeffrey J. Graham on behalf of Debtor Lauth Investment Properties, LLC  [863]
   **R / M #:**     0 /  0
   **VACATED:   Matters continued to 8/02/2010**

3) Continued Hearing Re:  Chapter 11 Plan of Reorganization FOR WELLS FARGO AND WACHOVIA BORROWERS' JOINT PLAN OF REORGANIZATION PURSUANT TO CHAPTER 11 OF THE BANKRUPTCY CODE (BRIER CREEK MEDICAL ASSOCIATES TWO, LLC, BRIER CREEK MEDICAL ASSOCIATES, LLC, BRIER CREEK MEDICAL PARTNERS TWO, LLC, BRIER CREEK MEDICAL PARTNERS, LLC, BROWNSBURG STATION PARTNERS, LLC, MCP PARTNERS THREE, LLC, MERIDIAN MEDICAL ASSOCIATES TWO, LLC, MERIDIAN MEDICAL PARTNERS TWO, LLC, MIDDLEBURG HEIGHTS MEDICAL ASSOCIATES LLC, MIDDLEBURG HEIGHTS MEDICAL PARTNERS, LLC, MOORES CHAPEL PARTNERS, LLC, VIRGINIA BEACH MEDICAL ASSOCIATES, LLC & VIRGINIA BEACH MEDICAL PARTNERS, LLC filed by Jeffrey J. Graham on behalf of Debtor Lauth Investment Properties, LLC.  [872]
   **R / M #:**     0 /  0
   **VACATED:   Matters continued to 7/01/10**

4) Hearing Re:   Motion for Authority (Debtors' Motion for Entry of a Final Order Authorizing the Debtors to Perform Under Amended Asset Management Agreement) filed by Jeffrey J. Graham on behalf of Debtor Lauth Investment Properties, LLC   [1149]
   **R / M #:**     0 /  0
   **VACATED:   Matters continued to 7/01/10**

5) Hearing Re:    Motion to Settle under Fed.R.Bankr.P. 9019 (Debtors' Motion for Entry of an Order Approving Settlement Between (A) Non-Debtor Subsidiary Mechanicsburg Medical Partners, LP, (B) The Huntington National Bank and (C) Pinnacle Health Hospitals) filed by Jeffrey J. Graham on behalf of Debtor Lauth Investment Properties, LLC  [1150]
   **R / M #:**     0 /  0
   **VACATED:   Matters continued to 7/01/10**

# UNITED STATES BANKRUPTCY COURT

## FOR THE DISTRICT OF Southern Indiana

# Minute Entry/Order

(continue)...   09-06065-BHL-11         MONDAY, JUNE 21, 2010 10:00 AM

6) Final hearing on the Motion Of The Debtors For Entry Of Interim And Final Orders Determining Adequate Assurance Of Payment for Future Utility Services" filed by North Pointe Partners One, LLC (Jointly Administered 10-6921)
   R / M #:    0 / 0
   **VACATED:  Matters continued to 7/01/10**

7) Final hearing on Motion Of The Debtors For Entry Of Interim And Final Orders Determining Adequate Assurance Of Payment for Future Utility Services" filed by North Pointe Park Partners LLC ( Jointly Administered case 10-6923)
   R / M #:    0 / 0
   **VACATED:  Matters continued to 7/01/10**

8) Final Hearing on Notice of Submission of Second DIP Credit and Security Agreement Related to Motion of the Debtors for Entry of an Order Authorizing the Debtors to Obtain Increased Postpetition Financing Commitment filed by Jeffrey J. Graham on behalf of Debtor Lauth Investment Properties, LLC [958, 1117, 1137]
   R / M #:    0 / 0
   **VACATED:  Matters continued to 7/01/10**

9) Hearing re: Application for Compensation and/or Reimbursement of Expenses Pursuant to Sec. 330 for AlixPartners, LLP as Other Professional (Fee: $1612084.00, Expense: $48907.92) filed by Attorney Jeffrey J. Graham, Other Professional AlixPartners, LLP, Debtor Lauth Investment Properties, LLC [1113, 1144] Objections due by 6/18/10
   R / M #:    0 / 0
   **VACATED:  Matters continued to 7/01/10**

10) Hearing on Stipulation Further Extending the Time to Assume or Reject Unexpired Lease of Nonresidential Real Property Pursuant to Section 365(D)(4) of the Bankruptcy Code filed by Jeffrey J. Graham on behalf of Debtor Lauth Investment Properties, LLC  [1116, 1145, 708] OBJ Due by 6/18/10
    R / M #:    0 / 0
    **VACATED:  Matters continued to 7/01/10**

*Appearances:*

*Proceedings:*

   * (1,2,3,4,5,6,7,8,9,10,11) Vacated: all matters continued to other dates

**IF COUNSEL HAS BEEN DIRECTED BY THE COURT TO SUBMIT AN ORDER BASED ON THE COURT'S RULING OR THE PARTIES' AGREEMENT, THEN NO FURTHER NOTICE OR REMINDER WILL BE ISSUED.  THE COURT WILL NOT KEEP A CASE OPEN SOLELY BECAUSE THE ORDER WAS NOT SUBMITTED WITHIN THE TIME PERIOD DIRECTED BY THE COURT.  IN SUCH INSTANCE, A REOPENING FEE WILL APPLY.**