**SO ORDERED: July 30, 2010.**



_____
**Basil H. Lorch III**
**United States Bankruptcy Judge**

<br>

**UNITED STATES BANKRUPTCY COURT**
**SOUTHERN DISTRICT OF INDIANA**
**INDIANAPOLIS DIVISION**

| | | |
|---|---|---|
| In re: | ) | Chapter 11 |
| | ) | |
| LAUTH INVESTMENT PROPERTIES, LLC, <u>et al.</u>,[1] | ) | Case No. 09-06065-BHL-11 |
| | ) | |
| | ) | |
| Debtors. | ) | (Jointly Administered) |
| | ) | |

**ORDER GRANTING MOTION TO CONTINUE AUGUST 2, 2010 OMNIBUS HEARING**
**DATE AND RESCHEDULE ALL MATTERS SCHEDULED FOR AUGUST 2, 2010**

This cause comes before the Court on the "Motion To Continue August 2, 2010 Omnibus

Hearing Date And Reschedule All Matters Scheduled For August 2, 2010" (the "Motion") filed

by Lauth Investment Properties, LLC, et al., as debtors and debtors-in-possession (collectively, the

"Debtors"). In the Motion, the Debtors seek to continue the hearing set for August 2, 2010 at 8:00

---

1 The Debtors include: Lauth Investment Properties, LLC (09-06065); LIP Development, LLC (09-06066);
LIP Investment, LLC (09-06067); Brier Creek Medical Associates Two, LLC (09-12760); Brier Creek Medical
Associates, LLC (09-12761); Brier Creek Medical Partners Two, LLC (09-12762); Brier Creek Medical Partners,
LLC (09-12763); Brownsburg Station Partners, LLC (09-12764); MCP Partners Three, LLC (09-12765); Meridian
Medical Associates Two, LLC (09-12766); Meridian Medical Partners Two, LLC (09-12767); Middleburg Heights
Medical Associates, LLC (09-12768); Middleburg Heights Medical Partners, LLC (09-12769); Moores Chapel
Partners, LLC (09-12656); Virginia Beach Medical Associates, LLC (09-12770); Virginia Beach Medical Partners,
LLC (09-12771); North Pointe Partners One, LLC (10-06921); and North Pointe Park Partners, LLC (10-06923).

a.m. EDT in Room 310 of the Birch Bayh Federal Building and U.S. Courthouse, 46 East Ohio Street, Indianapolis, Indiana on which date the following eight matters are scheduled to be heard:

(a)　　the "Motion of Wells Fargo and Wachovia Borrowers for Entry of an Order Approving Loan Modification Term Sheet Between (A) Wells Fargo and Wachovia Borrowers and (B) Wells Fargo Bank, NA & Wachovia Bank, NA (CM/ECF Docket No. 863);

(b)　　the "Motion of Wells Fargo and Wachovia Borrowers for Approval of Expedited Plan Confirmation Process and Procedures Related Thereto (CM/ECF Docket No. 865);

(c)　　the "Disclosure Statement for Wells Fargo and Wachovia Borrowers' Joint Plan of Reorganization Pursuant to Chapter 11 of the Bankruptcy Code (CM/ECF Docket No. 871);

(d)　　the "Wells Fargo and Wachovia Borrowers' Joint Plan of Reorganization Pursuant to Chapter 11 of the Bankruptcy Code" (CM/ECF Docket No. 872);

(e)　　the "LIP Holdings, LLC's Motion For Relief From The Automatic Stay" (CM/ECF Docket No. 1060) (trial);

(f)　　the "Wells Fargo Bank, National Association's Motion for Relief from The Stay and Alternatively to Dismiss Certain of the Consolidated Cases" (CM/ECF Docket No. 1076);

(g)　　the "Second DIP Credit And Security Agreement Related To Motion Of The Debtors For Entry Of An Order Authorizing The Debtors To Obtain Increased Postpetition Financing Commitment" (CM/ECF Docket No. 1117) (final hearing); and

(h)　　the "Debtors' Motion For Entry Of An Order Authorizing The Debtors To Perform Under Asset Management" (CM/ECF Docket No. 1149) (all, collectively the "August 2 Matters").

The Court, having considered the relief requested in the Motion and being duly advised of the premises, and in order to conserve the resources of the Court and the parties-in-interest in these jointly administered cases, finds that good cause exists for granting the relief requested.

2

3

IT IS THEREFORE CONSIDERED AND ORDERED that the hearings and other matters scheduled for August 2, 2010 are vacated.

IT IS THEREFORE FURTHER CONSIDERED AND ORDERED that the Court will schedule such hearings and other matters on a date yet to be determined.

# # #