# UNITED STATES BANKRUPTCY COURT

## FOR THE DISTRICT OF Southern Indiana

# Minute Entry/Order

### *Hearing Information:*

|  |  |  |  |
|---|---|---|---|
| **Debtor:** | Lauth Investment Properties, LLC | | |
| **Case Number:** | 09-06065-BHL-11 | **Chapter:** | 11 |
| **Date / Time / Room:** | MONDAY, AUGUST 02, 2010 10:30 AM   IP 310 | | |
| **Bankruptcy Judge:** | BASIL H. LORCH | | |
| **Courtroom Clerk:** | RHONDA ANDIS | | |
| **Reporter / ECR:** | KRISTIN GOSS | | |

### *Matter:*

1) Continued Hearing: (Loan Modification Motion) Motion of Wells Fargo and Wachovia Borrowers for Entry of an Order Approving Loan Modification Term Sheet Between (A) Wells Fargo and Wachovia Borrowers and (B) Wells Fargo Bank, NA & Wachovia Bank, NA [863,886,,889, 890]
   **R / M #:**   0 / 0

2) Hearing (Wells Fargo & Wachovia Borrowers Plan and Disclosure Statement) Disclosure Statement for Wells Fargo and Wachovia Borrowers' Joint Plan of Reorganization Pursuant to Chapter 11 of the Bankruptcy Code (871) and Wells Fargo and Wachovia Borrowers' Joint Plan of Reorganization Pursuant to Chapter 11 of the Bankruptcy Code ( 872). [871,872]
   **R / M #:**   0 / 0
   **VACATED:**   Matters continued to date to be determined

3) Hearing  (LIP Holdings' Stay Motion) LIP Holdings, LLC'S Motion For Relief From The
   Automatic Stay filed by Catherine L. Steege on behalf of Creditor LIP Holdings, LLC [1060,1073,1074,1075, 1118]
   **R / M #:**   0 / 0
   **VACATED:**   Matters continued to date to be determined

4) Hearing on (Wells Fargo Stay Motion) Wells Fargo Bank, National Association's Motion for Relief from The Stay and Alternatively to Dismiss Certain of the Consolidated Cases [1076, 1118]
   **R / M #:**   0 / 0
   **VACATED:**   Matters continued to date to be determined

5) Final Hearing : (Financing Commitment Motion) Motion of the Debtors for an Entry of an
   Order Authorizing the Debtors to Obtain Increased Postpetition Financing Commitment [958,1117,1137]
   **R / M #:**   0 / 0
   **VACATED:**   Matters continued to date to be determined

6) Continued Hearing: (Asset Management Agreement Motion) Debtors' Motion for Entry of a
   Final Order Authorizing the Debtors to Perform Under Amended Asset Management Agreement [1149]
   **R / M #:**   0 / 0
   **VACATED:**   Matters continued to date to be determined

### *Appearances:*

Robert Fishman,  Mediator
Arun Kurichety ,  for Lauth
Ross M Kwasteniet  for Lauth
Jeffrey J. Graham  for Lauth
Catherine L. Steege for LIP Holdings, LLC.
Melissa Hinds, LIP Holdings, LLC.
David R. Kuney, Wells Fargo Bank, N.

# UNITED STATES BANKRUPTCY COURT

## FOR THE DISTRICT OF Southern Indiana

# Minute Entry/Order

(continue)...   09-06065-BHL-11           MONDAY, AUGUST 02, 2010 10:30 AM

### *Proceedings:*

* Disposition: All Matters continued to date to be determined. Telephonic Conference held regarding deadlines: Scheduling order to be prepared, circulated to parties and then uploaded for Court's Review

**IF COUNSEL HAS BEEN DIRECTED BY THE COURT TO SUBMIT AN ORDER BASED ON THE COURT'S RULING OR THE PARTIES' AGREEMENT, THEN NO FURTHER NOTICE OR REMINDER WILL BE ISSUED.  THE COURT WILL NOT KEEP A CASE OPEN SOLELY BECAUSE THE ORDER WAS NOT SUBMITTED WITHIN THE TIME PERIOD DIRECTED BY THE COURT.  IN SUCH INSTANCE, A REOPENING FEE WILL APPLY.**